UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025
```

STEFANOS SHTETO, *et al.*,

               Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

               Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 9, 2025, this case was referred to the undersigned for settlement. ECF No. 17.

A conference is scheduled on **September 17, 2025**, at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 809 340 998#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge