```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

            Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

            Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 17, 2025, the Court held a conference with the Parties to discuss the status of settlement discussions thus far. As stated at the conference, Plaintiffs will provide a package of materials substantiating their damages claim to Defendants by **October 15, 2025**. A conference is scheduled on **November 12, 2025**, at **2:00 p.m.** by telephone to further discuss Plaintiffs' production and next steps toward settlement. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 787 950 617#).

**SO ORDERED.**

Dated: September 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1