```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

                Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of a November 10, 2025 letter from Defendants, ECF No. 23, which raises a question as to whether Plaintiffs are participating in the settlement process in good faith.

    Accordingly, a conference is scheduled on **November 19, 2025**, at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 851 104 832#).

**SO ORDERED.**

Dated: November 12, 2025
       New York, New York

                                                          Henry J. Ricardo
                                                          United States Magistrate Judge