UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, et al.,

                Plaintiffs,

    -v-

CITY OF NEW YORK, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On November 19, 2025, the Court held a pre-settlement conference with the Parties. As discussed at the conference, Plaintiffs will provide to Defendants by **December 3, 2025**: (1) evidence of Plaintiff Shteto's inability to work due to his general contract license being placed "on hold"; and (2) a calculation of damages based on the four contracts that Plaintiff has provided to Defendants.

    The Parties are reminded that the Court will hold a further conference on **December 4, 2025 at 10:00 am** to discuss next steps toward settlement. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 864 887 918#).

**SO ORDERED.**

Dated: November 19, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge