UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025
```

STEFANOS SHTETO, *et al.*,

                Plaintiffs,

      -v-

CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Plaintiffs' December 3, 2025 letter motion.  ECF No. 26.  The letter motion is **GRANTED**.  Plaintiff shall respond to Defendants' interrogatories and requests for production, and provide the materials identified in the order at ECF No. 25, by **December 10, 2025**.  The conference scheduled for December 4, 2025 is adjourned to **December 12, 2025** at **3:00 p.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 864 887 918#).

      The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 26 as **GRANTED**.

**SO ORDERED.**

Dated: December 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1