UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2025

STEFANOS SHTETO, *et al.*,

                        Plaintiffs,

            -v-

CITY OF NEW YORK, *et al.*,

                        Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 12, 2025, the undersigned held a pre-settlement conference.  A further pre-settlement conference is scheduled on **January 20, 2026** at **11:00 a.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 931 599 769#).  Before the conference: (1) counsel for Defendants are directed to confer with their clients regarding whether they are prepared to make a settlement offer without full discovery; and (2) both Parties will confer with their clients regarding the claimed discrepancy as to the cost estimate for the 55th Street contract.

**SO ORDERED.**

Dated: December 12, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1