UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

                          Plaintiffs,

          -v-

CITY OF NEW YORK, *et al.*,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of changes to the Court's calendar, the pre-settlement conference previously scheduled for January 20, 2026, *see* ECF No. 28, is adjourned to **January 22, 2026** at **3:30 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 931 599 769#).

**SO ORDERED.**

Dated: December 16, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge