USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's April 3, 2026 order, ECF No. 40, the parties were directed to file a joint status letter providing an update regarding discovery by July 2, 2026. To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint status letter providing an update regarding discovery to **July 13, 2026**.

**SO ORDERED.**

Dated: July 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge