USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 52 (the "Letter Motion"), requesting to adjourn the upcoming pre-motion conference. The Letter Motion is **GRANTED.** The conference is adjourned to **September 11, 2026** at **12:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 942 341 60#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 52 as **GRANTED.**

**SO ORDERED.**

Dated: September 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge