USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' counsel's *ex parte* motion to withdraw as counsel (the "Motion"), which was submitted to the undersigned via email. Stefanos Shteto, Christopher Slowik, and Jason Goldman shall attend the telephone conference previously scheduled in the Court's order at ECF No. 57 on **October 2, 2026** at **10:00 a.m.** to address the Motion. Counsel and Plaintiffs should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 867 426 557#).

Mr. Slowik is directed to provide Mr. Shteto and Mr. Goldman with a copy of the Motion and this order. Mr. Shteto shall prepare a *pro se* notice of appearance to file pending appearance of substitute counsel.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge