USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's September 24, 2026 order, ECF No. 58, Stefanos Shteto, Christopher Slowik, and Jason Goldman were directed to appear at a conference on October 2, 2026 to address Mr. Slowik's motion to withdraw as counsel. The conference was held on October 2, 2026, but Mr. Slowik and Mr. Goldman failed to appear, with no explanation and without seeking an adjournment. The conference is adjourned to **October 19, 2026** at **3:00 p.m.** Mr. Shteto, Mr. Slowik, Mr. Goldman, and counsel for Defendants should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 530 515 869#).

Mr. Slowik remains counsel of record, as his motion has not been granted. Mr. Slowik is directed to provide Mr. Shteto and Mr. Goldman with a copy of this order.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge