USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 19, 2026 to address Christopher Slowik's motion to withdraw as counsel for Plaintiffs, which was submitted to the Court *ex parte* via email. Although the Court directed Jason Goldman to appear for the conference, *see* ECF Nos. 58 and 61, Mr. Goldman did not appear. Therefore, the conference is adjourned to **October 28, 2026** at **10:30 a.m.** Mr. Slowik, Mr. Shteto, and Mr. Goldman shall contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 530 296 30#). Mr. Slowik is directed to provide a copy of this order to Mr. Goldman and Mr. Shteto.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge