UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/13/2026

STEFANOS SHTETO, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

25-CV-4149 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The conference scheduled for November 12, 2026 at 3:00 p.m., *see* ECF Nos. 65, 68, 69, 72, is rescheduled for **December 3, 2026** at **3:00 p.m.** Mr. Slowik, Mr. Shteto, and Mr. Goldman shall contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 278 475 605#). Mr. Slowik is directed to provide a copy of this order to Mr. Goldman and Mr. Shteto.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge